# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0442
Lower Tribunal No. CF22-000726-XX

_____

JAMES M. CLIFTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Dana Y. Moore, Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and BROWNLEE, JJ., concur.


John S. Lynch, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED